UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID WAYNE VAN BEBER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-3853-SS** |
| **JOHN R. PASSMAN, ET AL.** | |

## J U D G M E N T

Considering the order denying the motions of David Wayne Van Beber ("Van Beber") for appointment of counsel and for leave to amend and granting the motion of the defendants, John R. Passman, Land Development, LLC, Howard White, Cleta White, Keith Brinkman and Nancy Slade Rimes Passman, to dismiss the complaint for failure to state a claim,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the defendants, John R. Passman, Land Development, LLC, Howard White, Cleta White, Keith Brinkman and Nancy Slade Rimes Passman, and against the plaintiff, Van Beber, dismissing his claims under Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968 and Fair Housing Act, 42 U.S.C. § 3604(b) with prejudice and all other claims without prejudice.

New Orleans, Louisiana, this 11th day of October, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**